## SMITH v. BOATMAN.

### No. 2373.  Opinion Filed November 14, 1911.

**APPEAL AND ERROR**—Settlement of Controversy—Dismissal. Where, prior to the determination of a proceeding in error in this court, it is made to appear by defendant in error that the controversy has been settled and determined, and the showing thereof which has been duly served is undenied by plaintiff in error, the proceeding will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Greer County; G. A. Brown, Judge.*

Action between Henry Smith and Amanda M. Boatman. From the judgment, Smith brings error. Dismissed.

*A. R. Garrett* and *Burwell, Crockett & Johnson,* for plaintiff in error.

*B. F. Van Dyke* and *S. B. Garrett,* for defendant in error.

DUNN, J. This case presents error from the district court of Greer county. Since the plaintiff in error has filed his appeal in this court the controversy involved appears to have been fully settled, as is shown by a certified copy of the deed to the land involved. A motion on the part of the defendant in error to dismiss the appeal setting forth the foregoing ground was served on counsel for plaintiff in error on September 11, 1911, and to this time there has been made no answer or counter-showing. The controversy having thus been determined, the rule announced

in the case of *Price et al. v. Board of Com'rs of Pawnee County et al.,* 8 Okla. 121, 56 Pac. 959, is applicable:

"Where all of the parties to an action pending in the Supreme Court on appeal from an inferior court, before the questions presented by the appeal are determined by the appellate court, compromise and settle all of the matters involved therein, and such fact is made to appear to the Supreme Court by affidavits and certified copies of official records, all of which are undisputed by the appellant, the appeal will be dismissed."

The proceeding is accordingly dismissed at the cost of plaintiff in error.

All the Justices concur.